184

## 25827. Moss v. City of Crawfordville.

MacIntyre, J. With the exception that the plaintiffs in error in the two cases are different, the record in this case is identical with that in *Long* v. *Crawfordville, ante,* 182. Upon the authority of the *Long* case, we hold that the judge of the superior court did not err in dismissing the certiorari.

*Judgment affirmed. Broyles, C. J. and Guerry, J., concur.*
Decided February 2, 1937.

*J. A. Mitchell,* for plaintiff. *J. A. Beazley,* for defendant.